GEOFFREY A. HANSEN
Acting Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant COVARRUBIAS-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00132-EJD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| GONZALO COVARRUBIAS-FLORES, | |
| Defendants. | |

**STIPULATION**

Defendant Gonzalo Covarrubias-Flores, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Carolyn Sanin, hereby stipulate that, with the Court's approval, the status hearing currently set for Monday, August 6, 2012, at 1:30 p.m., shall be continued to Monday, September 17, 2012 at 1:30 p.m.

The reason for the continuance is defense counsel requires additional time to conduct further investigation and complete ongoing legal research necessary to adequately advise Mr. Covarrubias-Flores.

1   For the foregoing reasons, the parties jointly request and agree to an exclusion of the time between August 6, 2012, and September 17, 2012, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: August 1, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: August 1, 2012  _____/s/_____
ANN MARIE URSINI for
CAROLYNE A. SANIN
Special Assistant United States Attorney

//
//
//
//
//
//

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Monday, August 6, 2012, shall be continued to Monday, September 17, 2012, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between August 6, 2012, and September 17, 2012, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between August 6, 2012, and September 17, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between August 6, 2012, and

September 17, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: August 2, 2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Court Judge